**Order entered June 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00787-CR

### ARMANDO OVIEDO NINO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-55053-S**

## ORDER

The Court **REINSTATES** the appeal.

On April 27, 2015, we ordered the trial court to make findings regarding State's Exhibit no. 1 and whether the exhibit could be converted to a readable format. We **ADOPT** the findings that: (1) the parties were able to view the exhibit using software from Avigilon; and (2) that there is downloadable software for viewing the exhibit available on Avigilon's website. Now that the Court has obtained the information regarding the program to read the exhibit, it has been able to view the exhibit.

Each party has filed its brief. We **DIRECT** the Clerk to set the appeal at issue.

/s/     ADA BROWN
        JUSTICE